AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| STANLEY E. CAMPBELL,<br>　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:10-CV-86-D** |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 31, 2011** WITH A COPY TO:

Elizabeth F. Lunn  (via CM/ECF Notice of Electronic Filing)

Mark J. Goldenberg  (via CM/ECF Notice of Electronic Filing)


January 31, 2011　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina