IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-86-D

| | |
|---|---|
| STANLEY CAMPBELL,<br>        Plaintiff, | )<br>)<br>)<br>) |
| vs. | )   ORDER<br>)<br>) |
| MICHAEL J ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>        Defendant. | )<br>)<br>)<br>) |

Upon Application of the Plaintiff, and with no objection by the Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $2,154.86 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Upon payment of such sums, this case is dismissed with prejudice.

SO ORDERED this __15__ day of March 2011.

JUDGE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE